1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   JASON HITT
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2751

5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        )
                                     )   Mag. No. 08-mj-0185 GGH
13                  Plaintiff,       )
                                     )   STIPULATION AND ORDER
14           v.                      )   CONTINUING PRELIMINARY HEARING
                                     )   AND EXCLUDING TIME
15  MICHAEL LAMB,                    )
                                     )
16                  Defendant.       )
    _____)
17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19  Attorney Jason Hitt, counsel for the plaintiff United States of

20  America, and defendant Michael LAMB, by and through his counsel

21  Assistant Federal Defender Jeff Staniels, Esq., that good cause

22  exists to extend the preliminary hearing currently set for September

23  18, 2008, at 2:00 p.m. to October 17, 2008, pursuant to Federal Rule

24  of Criminal Procedure 5.1(d).

25       Good cause exists to extend the time for the preliminary

26  hearing within meaning of Rule 5.1(d) because the parties are

27  engaged in talks regarding a pre-indictment resolution of the case

28  against the defendant.  The defendant agrees that a continuance of

                                     1

1  the preliminary hearing date will not prejudice him because a pre-
2  indictment resolution could result in an overall sentencing exposure
3  that is significantly reduced.  Counsel for both parties believe a
4  resolution on this case may occur within the next two months.

5        Counsel further stipulate that the time between September 18,
6  2008, and October 17, 2008, should be excluded from the calculation
7  of the Speedy Trial Act.  The parties stipulate that the ends of
8  justice are served by the Court excluding such time, so that counsel
9  for the defendant may have reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.  18
11 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, the parties are engaged
12 in negotiations for a pre-indictment resolution and additional time
13 is necessary to explore whether a beneficial result can be reached
14 for the defendant.  The parties stipulate and agree that the
15 interests of justice served by granting this continuance outweigh
16 the best interests of the public and the defendant in a speedy
17 trial.  18 U.S.C. § 3161(h)(8)(A); Local Code T4.

18

19 Dated: September 11, 2008        /s/Jason Hitt
                                    JASON HITT
20                                  Assistant U.S. Attorney

21

22 Dated: September 11, 2008        /s/Jason Hitt
                                    JEFF STANIELS, ESQ.
23                                  Counsel for defendant Michael
                                    LAMB
24                                  Authorized to sign for Mr.
                                    Staniels on 09-11-08
25

26

27

28

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for September 19, 2008, to October 17, 2008, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 17, 2008.

**IT IS SO ORDERED.**

Date:09/15/08                    /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

lamb185.ord