```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-MJ-185 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| v. ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| MICHAEL LAMB, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning October 17, 2008 and extending through October 31, 2008 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until October 31, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may evaluate the evidence in this case and possibly reach a pre-indictment disposition. The parties are working diligently towards that end. The parties stipulate that this interest of

justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

    The parties further request that this matter be taken off calendar until October 31, 2008.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: October 17, 2008    By:  /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: October 17, 2008      /s/ Jeffrey Staniels
JEFFREY STANIELS
Counsel for Michael Lamb

**SO ORDERED.**

DATED:  October 17, 2008.

_____
U.S. MAGISTRATE JUDGE