MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-MJ-185 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| v. ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| MICHAEL LAMB, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning October 31, 2008 and extending through December 5, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until December 5, 2008.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may evaluate the evidence in this case and possibly reach a pre-indictment disposition.  The parties are working diligently towards that end.  The parties stipulate that this interest of

justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until December 5, 2008.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: October 30, 2008      By:  /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney

DATE: October 30, 2008         /s/ Jeffrey Staniels
                                        JEFFREY STANIELS
                                        Counsel for Michael Lamb

**SO ORDERED.**

DATE:  October 31, 2008.

                                        U.S. MAGISTRATE JUDGE