1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MICHAEL LAMB
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0541 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| Michael Lamb, | Date: June 4, 2009 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew D. Segal, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above matter be dropped from calendar and the matter continued to **September 17, 2009,** for judgment and sentencing. This continuance is sought in order to permit investigation into and resolution of matters which may materially affect sentencing computations.

**IT IS FURTHER STIPULATED** that this continuance is not governed by the pre-trial provisions of the Speedy Trial Act and is a reasonable delay in light of the particular circumstances of this case.

**IT IS SO STIPULATED.**

Dated: May 22, 2009          /S/ Matthew D. Segal
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: May 22, 2009          /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             Michael Lamb


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case & Excluding Time          2