DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0541 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| MICHAEL LAMB, | Date: December 3, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew D. Segal, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above matter be dropped from calendar and the matter continued to **December 3, 2009,** for judgment and sentencing. This continuance is sought in order to allow completion and preparation for sentencing.

**IT IS FURTHER STIPULATED** that this continuance is not governed by the pre-trial provisions of the Speedy Trial Act and is a reasonable delay in light of the particular circumstances of this case.

///

1    **IT IS SO STIPULATED.**

2   Dated:  November 18, 2009            /S/ Matthew D. Segal
                                         Assistant United States Attorney
3                                        Counsel for Plaintiff

4

5   Dated:  November 18, 2009            /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        Michael Lamb

8

9                         **O R D E R**

10

11   **IT IS SO ORDERED.**

12
    Dated: November 19, 2009
13

14                                       _____
15                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case & Excluding Time      2