```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MICHAEL LAMB
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00541 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) DATE FOR JUDGMENT AND SENTENCING |
| | ) |
| MICHAEL LAMB, | ) Date: December 3, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew D. Segal, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above matter be dropped from calendar and the matter continued to **December 10, 2009,** for judgment and sentencing.  This continuance is sought in order to allow completion and preparation for sentencing.

**IT IS FURTHER STIPULATED** that this continuance is not governed by the pre-trial provisions of the Speedy Trial Act and is a reasonable delay in light of the particular circumstances of this case.

///

1 **IT IS SO STIPULATED.**

3 Dated:  December 2, 2009                  /S/ Matthew D. Segal
                                            Assistant United States Attorney
4                                           Counsel for Plaintiff

6 Dated:  December 2, 2009                  /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
7                                           Assistant Federal Defender
                                            Attorney for Defendant
8                                           Michael Lamb

10                                **O R D E R**

12     **IT IS SO ORDERED.**

13  Dated: December 7, 2009

                                            _____
15                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case & Excluding Time         2