PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00541-MCE-GGH |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL LAMB, and STEVEN TOGNOTTI, | |
| Defendant. | |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgment as to the defendants in this case (Docs. 81 and 86) to clarify that, to the extent the defendants owe restitution debts to the same victims, the restitution orders are joint and several as to the defendants in this case. This Order does not change the amount of any defendant's restitution or otherwise

////

////

1

1  modify the judgments or restitution ordered in this case as to any defendant.

2      IT IS SO ORDERED.

3  Dated:  June 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE